Rel: June 14, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0647

Robert Matthews, Kevin Matthews, James Matthews, Elizabeth Townsend, Loutricia Quinones, Wilma Burton, and William Pierce Matthews v. Douglas C. Martinson II; Martinson & Beason; Aldi, Inc. (Alabama); Alabama Huntsville Winchester LLC; 2145 Winchester Road Trust; 2139 Winchester LLC; Watson Company LLC; and Winchester Partners, LLC (Appeal from Madison Circuit Court: CV-22-901126).

PARKER, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Shaw, Wise, Sellers, and Stewart, JJ., concur.

Cook, J., recuses himself.